| | |
|---|---|
| 1 | Lisa Barnett Sween (SBN 191155) |
| | Stephanie T. Yang (SBN 280006) |
| 2 | JACKSON LEWIS P.C. |
| | 50 California Street, 9th Floor |
| 3 | San Francisco, CA  94111-4615 |
| | Telephone     415.394.9400 |
| 4 | Facsimile      415.394.9401 |
| | Email:     lisa.sween@jacksonlewis.com |
| 5 |                  stephanie.yang@jacksonlewis.com |
| 6 | Attorneys for Defendant |
| | THE ROMAN CATHOLIC ARCHBISHOP |
| 7 | OF SAN FRANCISCO, a corporation sole |
| | (erroneously sued as the ARCHDIOCESE OF |
| 8 | SAN FRANCISCO) |
| 9 | Paul E. Gaspari, (SBN 76496) |
| | Daniel C. Zamora (SBN 224375) |
| 10 | WEINTRAUB TOBIN CHEDIAK |
| | COLEMAN GRODIN law corporation |
| 11 | 475 Sansome Street, Suite 1800 |
| | San Francisco, CA 94111 |
| 12 | Telephone     415.433.1400 |
| | Facsimile      415.433.3883 |
| 13 | Email: pgaspari@weintraub.com |
| |                dzamora@weintraub.com |
| 14 | |
| | Attorneys for Defendant |
| 15 | FATHER BRUCE LERY |
| 16 | DENNIS J. HERRERA (SBN 139669) |
| | City Attorney |
| 17 | KENNETH M. WALCZAK (SBN 247389) |
| | Deputy City Attorney |
| 18 | CITY AND COUNTY OF SAN FRANCISCO |
| | Fox Plaza, 1390 Market Street, 5th Floor |
| 19 | San Francisco, CA 94102 |
| | Telephone: 415.554.4206 |
| 20 | Email: Kenneth.walczak@sfgov.org |
| 21 | Attorney for Defendant |
| | CITY AND COUNTY OF SAN FRANCISCO |
| 22 | |
| 23 | David M. Poore (SBN 192541) |
| | Scott A. Brown (SBN 177099) |
| 24 | BROWN POORE LLP |
| | 1350 Treat Boulevard, Suite 420 |
| 25 | Walnut Creek, CA 94597 |
| | Telephone: 925.943.1166 |
| 26 | Facsimile: 925.955.8600 |
| | Email: dpoore@bplegal.group.com |
| 27 |            sbrown@bplegalgroup.com |
| 28 | Attorneys for Plaintiff |
| | KATHERINE SAVIN |

1

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE SAVIN,<br><br>  Plaintiff,<br><br> v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ARCHDIOCESE OF SAN FRANCISCO; FATHER BRUCE LERY; HEATHER HARRIS, M.D.; ANNE KINDERMAN, M.D.; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.  3:16-CV-05627-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Hon. Jon S. Tigar**<br><br>Complaint Filed:  October 4, 2016<br>Trial Date:           None Set |

Plaintiff KATHERINE SAVIN ("Plaintiff") and Defendants CITY AND COUNTY OF SAN FRANCISCO, THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole (erroneously sued as the ARCHDIOCESE OF SAN FRANCISCO) ("ASF"), and FATHER BRUCE LERY by and through their counsel of record, jointly enter into the following stipulation:

WHEREAS, the Case Management Conference is currently scheduled for January 18, 2017.

WHEREAS, the Motions to Dismiss are not scheduled to be heard until February 9, 2017.

THEREFORE, the Parties hereby stipulate that the Case Management Conference be continued from January 18, 2017 to February 15, 2017 (or as soon thereafter as the Court may deem

1  proper).

2     IT IS SO STIPULATED.

3  Dated: January 4, 2017                    JACKSON LEWIS P.C.

4                                     By:   _/s/ *Stephanie T. Yang*_____
                                             Lisa Barnett Sween
5                                            Stephanie T. Yang
                                             Attorneys for Defendant
6                                            THE ROMAN CATHOLIC ARCHBISHOP OF
                                             SAN FRANCISCO, a corporation sole (erroneously
7                                            sued as the ARCHDIOCESE OF SAN
                                             FRANCISCO)

8                                     By:   _/s/ *David M. Poore*___(with permission)_____
                                             David M. Poore
9                                            Scott A. Brown
                                             Attorneys for Plaintiff
10                                           KATHERINE SAVIN

11                                    By:   _/s/ *Paul E. Gaspari*__(with permission)_____
                                             Paul E. Gaspari
12                                           Daniel C. Zamora
                                             Attorneys for Defendant
13                                           FATHER BRUCE LERY

14

15

16                                          DENNIS J. HERRERA
                                            City Attorney
17                                          KENNETH M. WALCZAK
                                            Deputy City Attorney
18
                                      By:   __/s/ *Kenneth M. Walczak*__(with permission)
19                                           Kenneth M. Walczak
                                             Attorneys for Defendant
20                                           CITY AND COUNTY OF SAN FRANCISCO

21

22

23                              **[PROPOSED]** ORDER

24     PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.
    The Case Management Conference is continued to February 22, 2017 at 2:00pm.
25

26  DATED: _January 5_____, 2017        _____
                                           DISTRICT JUDGE JON S. TIGAR
27

28

3

STIPULATION AND ~~PROPOSED~~ ORDER                             Case No. 3:16-cv-5627 JST