UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE SAVIN,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ARCHDIOCESE OF SAN FRANCISCO; FATHER BRUCE LERY; HEATHER HARRIS, M.D.; ANNE KINDERMAN, M.D.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:16-CV-05627-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Hon. Jon S. Tigar**<br><br>Complaint Filed:  October 4, 2016<br>Trial Date:           None Set |

Plaintiff KATHERINE SAVIN ("Plaintiff") and Defendants CITY AND COUNTY OF SAN FRANCISCO, THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a Corporation Sole (erroneously sued as the ARCHDIOCESE OF SAN FRANCISCO) ("ASF"), and FATHER BRUCE LERY by and through their counsel of record, jointly enter into the following stipulation:

WHEREAS, the Case Management Conference is currently scheduled for February 22, 2017.

WHEREAS, Defendant Fr. Lery's Motion to Dismiss is not scheduled to be heard until March 9, 2017.

THEREFORE, the Parties hereby stipulate that the Case Management Conference be continued from February 22, 2017 to ~~March 22, 2017 (or as soon thereafter as the Court may deem proper).~~ April 5, 2017.

IT IS SO STIPULATED.

Dated: February 8, 2017                JACKSON LEWIS P.C.

By:  /s/ *Stephanie T. Yang* _____
Lisa Barnett Sween
Stephanie T. Yang
Attorneys for Defendant
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole (erroneously sued as the ARCHDIOCESE OF SAN FRANCISCO)

By:  /s/ *David M. Poore*   (with permission) _____
David M. Poore
Scott A. Brown
Attorneys for Plaintiff
KATHERINE SAVIN

By:  /s/ *Paul E. Gaspari*   (with permission) _____
Paul E. Gaspari
Daniel C. Zamora
Attorneys for Defendant
FATHER BRUCE LERY

DENNIS J. HERRERA
City Attorney
KENNETH M. WALCZAK
Deputy City Attorney

By:  /s/ *Kenneth M. Walczak* (with permission)
Kenneth M. Walczak
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

DATED:  February 8     , 2017           _____
                                         DISTRICT JUDGE JON S. TIGAR

3

STIPULATION AND ~~PROPOSED~~ ORDER                            Case No. 3:16-cv-5627 JST