1    Lisa Barnett Sween (SBN 191155)
     Stephanie T. Yang (SBN 280006)
2    JACKSON LEWIS P.C.
     50 California Street, 9th Floor
3    San Francisco, CA  94111-4615
     Telephone       415.394.9400
4    Facsimile        415.394.9401
     Email:        lisa.sween@jacksonlewis.com
5                   stephanie.yang@jacksonlewis.com

6    Attorneys for Defendant
     THE ROMAN CATHOLIC ARCHBISHOP
7    OF SAN FRANCISCO, a Corporation Sole
     (erroneously sued as the ARCHDIOCESE OF
8    SAN FRANCISCO)

9    Paul E. Gaspari, (SBN 76496)
     Daniel C. Zamora (SBN 224375)
10   WEINTRAUB TOBIN CHEDIAK
     COLEMAN GRODIN law corporation
11   475 Sansome Street, Suite 1800
     San Francisco, CA 94111
12   Telephone       415.433.1400
     Facsimile        415.433.3883
13   Email:  pgaspari@weintraub.com
              dzamora@weintraub.com
14
     Attorneys for Defendant
15   FATHER BRUCE LERY

16   DENNIS J. HERRERA (SBN 139669)
     City Attorney
17   KENNETH M. WALCZAK (SBN 247389)
     Deputy City Attorney
18   CITY AND COUNTY OF SAN FRANCISCO
     Fox Plaza, 1390 Market Street, 5th Floor
19   San Francisco, CA 94102
     Telephone:  415.554.4206
20   Email:  Kenneth.walczak@sfgov.org

21   Attorney for Defendant
     CITY AND COUNTY OF SAN FRANCISCO
22

23   David M. Poore (SBN 192541)
     Scott A. Brown (SBN 177099)
24   BROWN POORE LLP
     1350 Treat Boulevard, Suite 420
25   Walnut Creek, CA 94597
     Telephone:  925.943.1166
26   Facsimile:  925.955.8600
     Email:  dpoore@bplegal.group.com
27            sbrown@bplegalgroup.com

28   Attorneys for Plaintiff
     KATHERINE SAVIN

1

1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   KATHERINE SAVIN, | Case No.  3:16-CV-05627-JST |
| 12             Plaintiff, | **JOINT STIPULATION AND** |
| 13        v. | **[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 14   CITY AND COUNTY OF SAN FRANCISCO; ARCHDIOCESE OF SAN FRANCISCO; FATHER BRUCE LERY; HEATHER HARRIS, M.D.; ANNE KINDERMAN, M.D.; and DOES 1 through 10, inclusive, | **Hon. Jon S. Tigar** |
| 15 | Complaint Filed:   October 4, 2016 |
| 16 | Trial Date:         None Set |
| 17             Defendants. | |
| 18 | |
| 19   CITY AND COUNTY OF SAN FRANCISCO, | |
| 20             Cross-Claimant, | |
| 21        v. | |
| 22   ARCHDIOCESE OF SAN FRANCISCO; FATHER BRUCE LERY; HEATHER HARRIS, M.D.; ANNE KINDERMAN, M.D.; DOES 1 through 5, inclusive, | |
| 23 | |
| 24 | |
| 25             Cross-Defendants. | |
| 26   ARCHDIOCESE OF SAN FRANCISCO; | |
| 27             Cross-Claimant | |
| 28        v. | |

STIPULATION AND ~~PROPOSED~~ ORDER                           Case No.  3:16-cv-5627 JST

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>          Cross-Defendant. | |
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>          Defendant, Third-Party Plaintiff;<br><br>          v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA;<br><br>          Third-party Defendant. | |

Plaintiff KATHERINE SAVIN ("Plaintiff") and Defendants CITY AND COUNTY OF SAN FRANCISCO, THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole (erroneously sued as the ARCHDIOCESE OF SAN FRANCISCO) ("ASF"), and FATHER BRUCE LERY by and through their counsel of record, jointly enter into the following stipulation:

WHEREAS, the Case Management Conference is currently scheduled for April 5, 2017;

WHEREAS, Defendant Fr. Lery's Motion to Dismiss has not yet been ruled on;

THEREFORE, the Parties hereby stipulate that the Case Management Conference be continued from April 5, 2017 to May 17, 2017 (or as soon thereafter as the Court may deem proper).

IT IS SO STIPULATED.

Dated:  March 21, 2017          JACKSON LEWIS P.C.

By:   */s/ Stephanie T. Yang*
          Lisa Barnett Sween
          Stephanie T. Yang
          Attorneys for Defendant
          THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole (erroneously sued as the ARCHDIOCESE OF SAN FRANCISCO)

By:   */s/ David M. Poore*   (with permission)
          David M. Poore
          Scott A. Brown
          Attorneys for Plaintiff
          KATHERINE SAVIN

3

1

2   By:   _/s/ Paul E. Gaspari_  (with permission) _____
      Paul E. Gaspari
      Daniel C. Zamora
3     Attorneys for Defendant
      FATHER BRUCE LERY

4
      DENNIS J. HERRERA
5     City Attorney
      KENNETH M. WALCZAK
6     Deputy City Attorney

7   By:   __/s/ Kenneth M. Walczak__ (with permission)
      Kenneth M. Walczak
8     Attorneys for Defendant
      CITY AND COUNTY OF SAN FRANCISCO

9

10

11                    [PROPOSED] ORDER

12
      PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

13    The case management conference is continued to June 14, 2017 at 2:00pm.

14   DATED:  _March 22_____, 2017     _____

15                                   DISTRICT JUDGE JON S. TIGAR

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER                    Case No.  3:16-cv-5627 JST