| | |
|---|---|
| Lisa Barnett Sween (SBN 191155)<br>Stephanie T. Yang (SBN 280006)<br>JACKSON LEWIS P.C.<br>50 California Street, 9th Floor<br>San Francisco, CA  94111-4615<br>Telephone     415.394.9400<br>Facsimile      415.394.9401<br>Email:      lisa.sween@jacksonlewis.com<br>               stephanie.yang@jacksonlewis.com<br><br>Attorneys for Defendant<br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A Corporation Sole (erroneously sued as the ARCHDIOCESE OF SAN FRANCISCO) | Michael A. Laurenson (SBN 190023)<br>Sara A. Moore (SBN 294255)<br>GORDON & REES<br>SCULLY MANSUKHANI LLP<br>275 Battery St., Suite 2000<br>San Francisco, CA 94111<br>Telephone     415.986.5900<br>Facsimile      415.986.8054<br>Email:   mlaurenson@gordonrees.com<br>             smoore@gordonrees.com<br><br>Attorneys for Cross-Defendant<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA |

Paul E. Gaspari, (SBN 76496)
Daniel C. Zamora (SBN 224375)
WEINTRAUB TOBIN CHEDIAK
COLEMAN GRODIN law corporation
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone     415.433.1400
Facsimile      415.433.3883
Email: pgaspari@weintraub.com
           dzamora@weintraub.com

Attorneys for Defendant
FATHER BRUCE LERY

DENNIS J. HERRERA (SBN 139669)
City Attorney
KENNETH M. WALCZAK (SBN 247389)
Deputy City Attorney
CITY AND COUNTY OF SAN FRANCISCO
Fox Plaza, 1390 Market Street, 5th Floor
San Francisco, CA 94102
Telephone: 415.554.4206
Email: Kenneth.walczak@sfgov.org

Attorney for Defendant
CITY AND COUNTY OF SAN FRANCISCO

David M. Poore (SBN 192541)
Scott A. Brown (SBN 177099)
BROWN POORE LLP
1350 Treat Boulevard, Suite 420
Walnut Creek, CA 94597
Telephone: 925.943.1166
Facsimile: 925.955.8600
Email: dpoore@bplegal.group.com
           sbrown@bplegalgroup.com

Attorneys for Plaintiff
KATHERINE SAVIN

1

STIPULATION AND ~~PROPOSED~~ ORDER    Case No.  3:16-cv-5627 JST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE SAVIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ARCHDIOCESE OF SAN FRANCISCO; FATHER BRUCE LERY; HEATHER HARRIS, M.D.; ANNE KINDERMAN, M.D.; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br>_____<br><br>AND RELATED CROSS-COMPLAINTS | Case No. 3:16-CV-05627-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Hon. Jon S. Tigar**<br><br>Complaint Filed:　October 4, 2016<br>Trial Date:　　　　None Set |

Plaintiff KATHERINE SAVIN ("Plaintiff") and Defendants CITY AND COUNTY OF SAN FRANCISCO, THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A Corporation Sole (erroneously sued as the ARCHDIOCESE OF SAN FRANCISCO) ("ASF"), FATHER BRUCE LERY, and Cross-Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA ("Regents") by and through their counsel of record, jointly enter into the following stipulation:

WHEREAS, the Case Management Conference ("CMC") is currently scheduled for June 14, 2017.

WHEREAS, the parties agree and stipulate that good cause exists to continue the existing CMC for a period of approximately 30 days, as (1) Plaintiff's lead trial counsel, David M. Poore is not available on June 14, 2017, as he will be out of the state on a pre-paid vacation, with limited email and telephone access; (2) Defendant Father Lery's status as a party in this action remains uncertain, as his Motion to Dismiss is pending for a ruling; and (3) there remains a question as to the proper service of Defendants Harris and Kinderman, who are physicians with the Regents. Defendants Harris and Kinderman have not yet appeared in the action, and the parties are presently meeting and conferring about whether or not they have been properly served. The parties respectfully request a continuance of the CMC, so that all lead trial counsel can attend, and the parties can finalize any service issues with respect to the individual Defendants.

As Counsel for Defendant City and County of San Francisco has a trial that is set to begin on July 17, 2017, the parties respectfully request a CMC hearing date of **July 12, 2017**, if possible.

THEREFORE, the Parties hereby stipulate that the Case Management Conference be continued from June 14, 2017, to July 12, 2017 (or as soon thereafter as the Court may deem proper).

IT IS SO STIPULATED.

Dated: June 2, 2017         JACKSON LEWIS P.C.

By: _/s/ Lisa Barnett Sween_
Lisa Barnett Sween
Stephanie T. Yang
Attorneys for Defendant
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole (erroneously sued as the ARCHDIOCESE OF SAN FRANCISCO)

By: _/s/ David M. Poore_
David M. Poore
Scott A. Brown
Attorneys for Plaintiff
KATHERINE SAVIN

By: _/s/ Paul E. Gaspari_
Paul E. Gaspari
Daniel C. Zamora
Attorneys for Defendant
FATHER BRUCE LERY

3
STIPULATION AND ~~PROPOSED~~ ORDER                Case No. 3:16-cv-5627 JST

|   |   |   |
|---|---|---|
| | | DENNIS J. HERRERA |
| | | City Attorney |
| | | KENNETH M. WALCZAK |
| | | Deputy City Attorney |
| | By: | _/s// Kenneth M. Walczak_____ |
| | | Kenneth M. Walczak |
| | | Attorneys for Defendant |
| | | CITY AND COUNTY OF SAN FRANCISCO |
| | | |
| | By: | /s/ *Michael A. Laurenson* |
| | | Michael A. Laurenson |
| | | Attorneys for Cross Defendant |
| | | REGENTS OF THE UNIVERSITY OF CALIFORNIA |

## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

DATED: June 2, 2017     By:     */s/David M. Poore*
                                DAVID M. POORE
                                Attorney for Plaintiff

## [PROPOSED] ORDER

GOOD CAUSE SHOWING, the Stipulation is GRANTED.

IT IS HEREBY ORDERED that the CMC hearing date of June 14, 2017, be continued to July 34, 2017, at 2:00 p.m.

RWTUWCP V"VQ"UVKRWNCVKQP ."KV"KU SO ORDERED.

Dated: June 8, 2017

J OP QTCDNG"LQP"U"VKI CT
UNITED STATES DISTRICT JUDGE

4
STIPULATION AND ~~PROPOSED~~ ORDER                     Case No. 3:16-cv-5627 JST