| | |
|---|---|
| Lisa Barnett Sween (SBN 191155)<br>Amelia Sanchez-Moran (SBN 281219)<br>JACKSON LEWIS P.C.<br>50 California Street, 9th Floor<br>San Francisco, CA 94111-4615<br>Telephone 415.394.9400<br>Facsimile 415.394.9401<br>Email: lisa.sween@jacksonlewis.com<br>  amelia.sanchez-moran@jacksonlewis.com<br><br>Attorneys for Defendant<br>THE ROMAN CATHOLIC ARCHBISHOP<br>OF SAN FRANCISCO, A Corporation Sole<br>(erroneously sued as the ARCHDIOCESE OF<br>SAN FRANCISCO) | Michael A. Laurenson (SBN 190023)<br>Sara A. Moore (SBN 294255)<br>GORDON & REES<br>SCULLY MANSUKHANI LLP<br>275 Battery St., Suite 2000<br>San Francisco, CA 94111<br>Telephone 415.986.5900<br>Facsimile 415.986.8054<br>Email: mlaurenson@gordonrees.com<br>  smoore@gordonrees.com<br><br>Attorneys for Cross-Defendant<br>REGENTS OF THE UNIVERSITY OF<br>CALIFORNIA |

Paul E. Gaspari, (SBN 76496)
Daniel C. Zamora (SBN 224375)
WEINTRAUB TOBIN CHEDIAK
COLEMAN GRODIN law corporation
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone 415.433.1400
Facsimile 415.433.3883
Email: pgaspari@weintraub.com
  dzamora@weintraub.com

Attorneys for Defendant
FATHER BRUCE LERY

DENNIS J. HERRERA, State Bar #139669
City Attorney
YVONNE MERÉ, State Bar #173180
Chief of Complex and Affirmative Litigation
KENNETH M. WALCZAK, State Bar #247389
Deputy City Attorney
Fox Plaza, 1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4244
Email: kenneth.walczak@sfcityatty.org

Attorneys for Defendant/Third-Party
Plaintiff/Cross-Claimant/Counter-Defendant
CITY AND COUNTY OF SAN FRANCISCO

David M. Poore (SBN 192541)
Scott A. Brown (SBN 177099)
BROWN POORE LLP
1350 Treat Boulevard, Suite 420
Walnut Creek, CA 94597
Telephone: 925.943.1166
Facsimile: 925.955.8600
Email: dpoore@bplegal.group.com

Attorneys for Plaintiff
KATHERINE SAVIN

1

STIPULATION AND ~~PROPOSED~~ ORDER         Case No. 3:16-cv-5627 JST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE SAVIN,<br><br>        Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ARCHDIOCESE OF SAN FRANCISCO; FATHER BRUCE LERY; HEATHER HARRIS, M.D.; ANNE KINDERMAN, M.D.; and DOES 1 through 10, inclusive,<br><br>        Defendants.<br><br>_____<br><br>AND RELATED CROSS-COMPLAINTS | Case No. 3:16-CV-05627-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING MOTIONS FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>**Hon. Jon S. Tigar**<br><br>Complaint Filed: October 4, 2016<br>Trial Date: None Set |

      Plaintiff KATHERINE SAVIN ("Plaintiff") and Defendants CITY AND COUNTY OF SAN FRANCISCO (the "City"), THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A Corporation Sole (erroneously sued as the ARCHDIOCESE OF SAN FRANCISCO) ("ASF"), FATHER BRUCE LERY, and Cross-Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA ("Regents") (together, "the parties") by and through their counsel of record, jointly enter into the following stipulation:

      Plaintiff has reached agreements to settle her claims against the Regents, ASF, and the City (contingent on approval by the City's Board of Supervisors).

Defendants Regents and ASF have filed motions for good faith determination of settlement, which are pending before this Court. The City will file its motion for good faith settlement no later than Monday, May 21, 2018 (collectively, the "Motions"). The purpose of the Motions is to extinguish all counterclaims, cross-claims, and third-party claims involving the settling parties exclusively.

The parties stipulate and agree that holding one hearing date on the motions would be fair and expeditious.

THEREFORE, the parties hereby stipulate that good cause exists to set the hearing on the Motions on June 14, 2018, at 2:00 pm, with any opposition due no later than May 29, 2018. The parties agree to have the Motions heard on shortened time, and without the need for reply briefs. The parties agree that the Court may hear the motions without the need for oral argument, particularly if no oppositions are filed.

The parties are not making this request for the purposes of delay, and no party would suffer any prejudice if this stipulation were granted. Indeed, the parties believe that judicial economy can best be served by ensuring that the Motions are heard at one time.

IT IS SO STIPULATED.

Dated: May 21, 2018
JACKSON LEWIS P.C.

By: _/s/ Amelia Sanchez-Moran_
Lisa Barnett Sween
Amelia Sanchez-Moran
Attorneys for Defendant
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole (erroneously sued as the ARCHDIOCESE OF SAN FRANCISCO)

By: _/s/ David M. Poore_
David M. Poore
Scott A. Brown
Attorneys for Plaintiff
KATHERINE SAVIN

By: _/s/ Paul E. Gaspari_
Paul E. Gaspari
Daniel C. Zamora
Attorneys for Defendant
FATHER BRUCE LERY

|   |   |   |
|---|---|---|
| 1 |   | DENNIS J. HERRERA |
|   |   | City Attorney |
| 2 |   | KENNETH M. WALCZAK |
|   |   | Deputy City Attorney |

<pre>
 1                              DENNIS J. HERRERA
                                City Attorney
 2                              KENNETH M. WALCZAK
                                Deputy City Attorney
 3
                         By:    _/s// Kenneth M. Walczak_____
 4                              Kenneth M. Walczak
                                Attorneys for
 5                              CITY AND COUNTY OF SAN FRANCISCO

 6
                         By:    /s/ Michael A. Laurenson
 7                              Michael A. Laurenson
                                Attorneys for Cross Defendant
 8                              REGENTS OF THE UNIVERSITY OF
                                CALIFORNIA
 9
</pre>

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

DATED: May 21, 2018          By:     _/s/David M. Poore_____
                                     DAVID M. POORE
                                     Attorney for Plaintiff

**[PROPOSED] ORDER**

GOOD CAUSE SHOWING, the Stipulation is GRANTED.

IT IS HEREBY ORDERED that the hearing on the motions for good faith determination of settlement shall be set on June 14, 2018, and any opposition shall be due no later than May 29, 2018. It is further ORDERED that these motions can be heard on shortened time, and without the necessity of a hearing.

SO ORDERED.

Dated: May 22, 2018          _____[signature]_____
                             UNITED STATES DISTRICT COURT